IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-3011 |
| Plaintiff, | **INDICTMENT** |
| vs. | Counts 1-3 |
| | 18 U.S.C. § 922(a)(6) |
| ANDREW ISAIAH TREVINO, | 18 U.S.C. § 924(a)(2) |
| | False Statement During Purchase of |
| Defendant. | Firearms |

The Grand Jury charges:

## Count 1

### False Statement During Purchase of a Firearm

On April 12, 2023, in the Northern District of Iowa, defendant, ANDREW ISAIAH TREVINO, in connection with the acquisition of a firearm, namely a Smith and Wesson, Model: M&P, 9mm luger, from Deadhead MC Engineering and Sales Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which statement was intended and likely to deceive Deadhead MC Engineering and Sales Sports, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was not an unlawful user of controlled substances when in fact defendant purchased the firearm while being an unlawful user of controlled substances, namely cocaine and marijuana.

1

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 2

**False Statement During Purchase of a Firearm**

On July 3, 2023, in the Northern District of Iowa, defendant, ANDREW ISAIAH TREVINO, in connection with the acquisition of a firearm, namely a Palmetto State Armory, Dagger Full Size, Type: Frame, 9mm luger, from Deadhead MC Engineering and Sales Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which statement was intended and likely to deceive Deadhead MC Engineering and Sales Sports, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was not an unlawful user of controlled substances when in fact defendant purchased the firearm while being an unlawful user of controlled substances, namely cocaine and marijuana.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 3

**False Statement During Purchase of a Firearm**

On August 16, 2024, in the Northern District of Iowa, defendant, ANDREW ISAIAH TREVINO, in connection with the acquisition of a firearm, namely a Glock Model: 43X, 9mm luger from Deadhead MC Engineering and Sales Sports, a

2
Case 3:25-cr-03011-LTS-KEM    Document 3    Filed 02/20/25    Page 2 of 3

licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which statement was intended and likely to deceive Deadhead MC Engineering and Sales Sports, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was not an unlawful user of controlled substances when in fact defendant purchased the firearm while being an unlawful user of controlled substances, namely cocaine and marijuana.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_____   2-20-25
Grand Jury Foreperson            Date

TIMOTHY T. DUAX
United States Attorney

By: _____

PATRICK T. GREENWOOD
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 2-20-2025
PAUL DE YOUNG, CLERK

3